UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE R. TUBERGEN, )
    PLAINTIFF, )
) NO. 1:17-CV-954
v. )
) HONORABLE PAUL L. MALONEY
MENARD, INC., )
    DEFENDANT. )
)

## JUDGMENT

In accordance with the Court's Opinion and Order (ECF No. 41), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 4, 2018            /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                      United States District Judge